An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 62547

FILED

MAR 08 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus. Petitioner seeks to reinstate his post-conviction habeas petition filed on December 16, 2010, because he claims that it was erroneously denied.[1] We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. See NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.        _____, J.
Gibbons                                Douglas

[1]The district court denied the petition, and this court affirmed the order on appeal. See Braunstein v. State, Docket No. 58136 (Order of Affirmance, September 14, 2011).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07079

cc: Steven Samuel Braunstein
Attorney General/Carson City
Clark County District Attorney